# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2006

131701

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DALE CLINTON STANFILL,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131701
COA: 266127
Lenawee CC: 92-005351-FH

       On order of the Court, the application for leave to appeal the May 31, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2006

t1122

Clerk